R

**FILED**
JUL 2 1 2008 NF
Jul 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** SHAUNTA TURNER

**County of Residence:**

**County of Residence:** US, Outside of State of IL

**Plaintiff's Address:**

1) AUSA

2) Matthew Michael Getter
United State's Attorney's Office
219 S. Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**

Shaunta Turner
#19035-424
Oxford
P.O. Box 1000
Oxford, WI 53952

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV 4115
JUDGE GETTLEMAN
MAGISTRATE JUDGE KEYS

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion To Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes [✓] No

**Signature:** [signature]

**Date:** 7/21/08

Gettleman
Keys

(06cr 734)