

IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT
OF ILLINOIS

**FILED**
JUL 21 2008
Jul 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AFFIDAVIT
<u>MOTION TO PROCEED INFORMA PAUPERS</u>

I, Shaunta Turner, after first being duly sworn upon oath, 28 U.S.C. §1746 state that I am without adequate funds or assets for which to pay the cost of these proceedings. I submit the information in support. In further support, I submit a six month ledger of my inmate account balance (enclosed).

1) NAME: Shaunta Turner                 SOC. SEC.#: 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

2) DATE OF BIRTH: 04-03-1981            PLACE OF BIRTH: Aurora, Illinois

3) I AM INCARCERATED AT: F.C.I., Box 1000, Oxford, WI. 53952

4) INMATE NUMBER: 19035-424

5) MARITAL STATUS: Single

6) NUMBER OF DEPENDANTS: Six

08CV 4115
JUDGE GETTLEMAN
MAGISTRATE JUDGE KEYS

7) EMPLOYMENT: None due to incarceration

8) PRISON ASSIGNMENT PAYS: $25.00 per month

9) OTHER SOURCES OF INCOME: None

10) I OWN THE FOLLOWING ASSETS: None

11) I OWE THE FOLLOWING DEBTS: $3000.00 restitution on this case; $13,000.00 child support; $6,000.000 credit card debt; $1000.00 in personal debts.

Subscribed and Sworn to this _16_ day of _July_, 2008.

_Shaunta Turner_

Shaunta Turner
Reg. No. 19035-424
F.C.I.
Box 1000
Oxford, WI. 53952

CERTIFICATE OF SERVICE
_____

      I certify that I mailed a copy of this §2255 motion and motion to proceed in forma paupers to the United States Attorney's Office, U.S. District Attorney, 219 S. Dearborn St., Chicago, IL. 60604. The copy was mailed on the 16 day of July, 2008 by way of U.S. Mail, postage pre-paid and first class.

*Shaunta Turner*

Shaunta Turner
Reg. No. 19035-424
F.C.I.
Box 1000
Oxford, WI. 53952

CERTIFICATE OF SERVICE

I certify that I mailed a copy of this §2255 motion and motion to proceed in forma paupers to the United States Attorney's Office, U.S. District Attorney, 219 S. Dearborn St., Chicago, IL. 60604. The copy was mailed on the _16_ day of July, 2008 by way of U.S. Mail, postage pre-paid and first class.

_____
Shaunta Turner
Reg. No. 19035-424
F.C.I.
Box 1000
Oxford, WI. 53952